**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE R. STEPHENSON, #A240329345<br><br>                               Petitioner,<br><br>v.<br><br>KELLEY BECKHELM, et al.,<br><br>                               Respondents. | Case No.:  23cv1573-JO (BLM)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION WITHOUT PREJUDICE** |

      Petitioner Jermaine Stephenson, currently detained at the Otay Mesa Detention Center, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  He has also filed a short letter requesting to proceed *in forma pauperis* ("IFP").  ECF No. 2.  The filing fee associated with this type of action is $5.00.  *See* 28 U.S.C. § 1914(a).  While Petitioner states in his note that he "has now become indigent after (15) prolonged months of incarceration," the Local Rules of this Court require any habeas petitioner seeking IFP status to submit an affidavit which includes a statement of assets which shows an inability to pay the filing fee.  S.D. Cal. CivLR 3(a).  Because Petitioner has failed to submit such an affidavit, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must submit a complete IFP motion or pay the filing fee, no later than **October**

**30, 2023**. For Petitioner's convenience, the Clerk of Court shall include with this Order a blank, court-approved IFP application, which complies with Local Rule 3(a).

      **IT IS SO ORDERED.**

Dated:   September 7, 2023

                                           Hon. Jinsook Ohta
                                     United States District Judge